UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR GONZALEZ,

               Plaintiff,

-against-

LT. W. RUSSERT, SGT. D. MILLER, C.O. M.
MILLER, C.O. McCLENNING, C.O. J. ERWS,
C.O. C. MANCHUCK,

               Defendants.
------------------------------------------------------------X

08 CIVIL 1131 (NRB)

**JUDGMENT**

**SCANNED**

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on July 30, 2008, having rendered its Memorandum and Order dismissing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 30, 2008, the case is dismissed.

**Dated:** New York, New York
        July 31, 2008

                                    J. MICHAEL McMAHON
                                        Clerk of Court
            BY:
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR GONZALEZ,

                Plaintiff,

-against-

LT. W. RUSSERT, SGT. D. MILLER, C.O. M.
MILLER, C.O. McCLENNING, C.O. J. ERWS,
C.O. C. MANCHUCK,

                Defendants.
------------------------------------------------------------X

08 CIVIL 1131 (NRB)

**JUDGMENT**

SCANNED

FILED JUL 3 1 2008 S.D. OF N.Y.

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on July 30, 2008, having rendered its Memorandum and Order dismissing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 30, 2008, the case is dismissed.

**Dated:** New York, New York
         July 31, 2008

J. MICHAEL McMAHON
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____